UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lawrence Torliatt,<br><br>Plaintiff,<br><br>vs.<br><br>AllianceOne Inc. and Does 1-100, inclusive,<br>Defendants. | CASE NO.: CV105286MEJ<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(A)(1)** |

Based on the stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

DATED: April 26, 2011

_____
Hon. Maria-Elena James
U.S. District Court Judge